Jason N. Haycock (SBN 278983)
Jason.Haycock@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

*Attorneys for Plaintiff*
Corsair Gaming, Inc. d/b/a CORSAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Corsair Gaming, Inc. d/b/a CORSAIR,<br><br>　　　　Plaintiff,<br>　　v.<br><br>GOODS AND MORE WHOLESALE LLC,<br><br>　　　　Defendant. | Case No. 3:25-cv-03091-RFL<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>Date Action Filed: April 4, 2025 |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Corsair Gaming, Inc. d/b/a ("CORSAIR") hereby requests that the Clerk of the above-entitled court enter default against Defendant Goods and More Wholesale LLC ("Defendant"). Defendant failed to appear and file a pleading or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. To be clear, CORSAIR served process of service on Defendant by hand at the address identified as Defendant's "Agent" for service registered with the New York Department of State Division of Corporations, and then CORSAIR mailed process of service via U.S. mail to the same address identified as Defendant's "Agent." Haycock Decl. ¶¶ 3-6. CORSAIR submits that this service complies with California Code of Civil Procedure § 415.20(a). *See id*. ¶ 7.

On April 4, 2025, CORSAIR filed the Complaint in this action. ECF No. 1. Federal Rule of Civil Procedure 4(e)(1) authorizes service by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located[.]" Accordingly, CORSAIR was entitled to serve Defendant pursuant to methods recognized under California law.

California Code of Civil Procedure § 415.20(a) permits substitute service on a limited liability company by (1) leaving the summons and complaint during usual office hours at the entity's usual office or mailing address, with a person apparently in charge who is at least 18 years of age and informed of the contents, and (2) mailing a copy of the summons and complaint by first-class mail, postage prepaid, to the same address. Under this section, service is deemed complete on the tenth day after mailing.

CORSAIR complied with each statutory requirement. First, CORSAIR served process of service on Defendant by hand at the address identified as Defendant's "Agent" for service registered with the New York Department of State Division of Corporations: [1]

---

[1] *Available at*: https://apps.dos.ny.gov/publicInquiry/EntityDisplay (last visited Oct. 1, 2025).



Haycock Decl. ¶¶ 3, 5. The address for Defendant's "Agent" for service of process on the New York Department of State Division of Corporations website corresponds to a business identified as "Check In the Mail Inc.":[2]



---

[2] *Available at*: https://maps.app.goo.gl/3ufuWqeiAK2Qqmwd7 (last visited Oct. 1, 2025).

Haycock Decl. ¶ 4.

On April 21, 2025, at 3:29 p.m., CORSAIR's process server delivered the Complaint and Summons to an employee of "Check In the Mail Inc." who confirmed Defendant's address and suite number and accepted service of the documents. ECF No. 14. On August 7, 2025, CORSAIR mailed true and correct copies of the Complaint and Summons via first-class mail, postage prepaid, to Defendant at the same address. ECF No. 22. Under California Code of Civil Procedure § 415.20, service was deemed complete on August 17, 2025. Haycock Decl. ¶¶ 3-7.

Defendant failed to file an answer or otherwise respond to the Complaint within the time permitted by law. *See id*. ¶ 8. The facts in support of this request are set forth in the Declaration of Jason N. Haycock, filed herewith.

Accordingly, CORSAIR requests the Clerk enter default against Defendant.

Dated: October 1, 2025                                K&L GATES LLP

By: */s/ Jason N. Haycock*
    Jason N. Haycock
    K. Taylor Yamahata

    *Attorneys for Plaintiff*
    Corsair Gaming, Inc. d/b/a CORSAIR