UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORSAIR GAMING, INC. D/B/A CORSAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOODS AND MORE WHOLESALE LLC,<br><br>　　　　Defendant. | Case No.  25-cv-03091-RFL<br><br>**JUDGMENT** |

　　The Court having granted Plaintiff's Motion for Default Judgment, pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff and against Defendant.  Defendant is **PERMANENTLY ENJOINED FROM** and **RESTRAINED** from:

1) using Plaintiff's CORSAIR mark,

2) selling, or taking any steps to sell, any of Plaintiff's products bearing the CORSAIR mark on any online commerce sites, and

3) inducing, assisting, or abetting any other person or entity in engaging in or performing any of the business activities described above.

**IT IS SO ORDERED.**

Dated: January 12, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1